■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK FIELDS, Appellant. [913 NYS2d 568]—Appeal by the defendant from a resentence of the County Court, Westchester County (Capeci, J.), imposed March 3, 2010, which, upon his conviction of burglary in the second degree, upon his plea of guilty, imposed a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed on November 4, 1999.

Ordered that the resentence is affirmed.

On this appeal from a resentence, the defendant claims that his underlying plea was invalid and should be vacated. That

claim may not be raised on this appeal from the resentence only (*see* CPL 450.30 [3]; *People v Ferrufino*, 33 AD3d 623 [2006]; *People v Luddington*, 5 AD3d 1042, 1042-1043 [2004]; *People v Jordan*, 65 AD3d 428, 429 [2009], *lv granted* 13 NY3d 908 [2009]; *People v DeSpirito*, 27 AD3d 479 [2006]).

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit (*see People v Young*, 78 AD3d 744 [2010]; *People v Allen*, 66 AD3d 792, 793 [2009]; *People v Bowman*, 65 AD3d 636 [2009]; *People v Edwards*, 62 AD3d 467, 468 [2009]). Prudenti, P.J., Florio, Balkin and Leventhal, JJ., concur.